

The following constitutes the order of the court.
Signed January 11, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Sandra Elizabeth Cox,

          Debtor.

No. 16-42901

Chapter 13

**MEMORANDUM RE: MOTION TO EXTEND TIME**

On January 4, 2017, Debtor filed a *Debtor Motion to Extend Time To Correct Chapter 13 Schedules and Meeting With Creditor* ("the Motion") (doc. 37) in the above-captioned case. The Motion requests an extension of time to "February 3, 2016 (sic) to correct any documents and meet with trustee and creditors." The Court notes that there is a confirmation hearing scheduled for February 9, 2017 (doc. 38). Otherwise, there is no pending deadline with respect to "correcting documents." However, on January 3, 2017, the Trustee filed a *Motion to Dismiss Or Convert Chapter 13 Case for Failure to Make Plan Payments* (doc. 36). To the extent there is a deadline threatening the prospects of Debtor's case, the Court directs Debtor's attention to that issue and recommends addressing it promptly.

*END OF ORDER*

1

# COURT SERVICE LIST

**Sandra Elizabeth Cox**
3 Captain Dr. 207
Emeryville, CA 94608